*AUSA* *KKP*

**FILED**
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8697

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Maria Elena HAWVER | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 5, 2008, within the Southern District of California, defendant Maria Elena HAWVER, did knowingly and intentionally import approximately 47.30 kilograms (104.30 pounds) of heroin, a Schedule II Controlled substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 6th DAY OF AUGUST, 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
            v.
**Maria Elena HAWVER**

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 5, 2008, at approximately 1505 hours a Block Blitz was being conducted in the secondary lot of the Calexico, CA, West Port of Entry. Border Patrol (BP) Agent R. Madrid utilized his Narcotics Detector Dog (NDD) to screen the vehicles. The NDD alerted to a silver 2003 Jeep Liberty bearing California license plate 6EMP019. The driver and sole occupant of the vehicle was identified as Maria Elena HAWVER.

Secondary Customs and Border Protection (CBP) Officer L. Rodriguez received a negative Customs Declaration from HAWVER. CBP Officer Rodriguez began inspecting the vehicle. CBP Officer Rodriguez pulled the backseat rest forward and peeled back the carpet from the rear cargo area. CBP Officer Rodriguez then tapped on the cargo floor and noticed that it sounded solid.

The NDD then alerted a second time to the vehicle. Canine Enforcement Officer (CEO) J. Jones who was assisting discovered bondo as well as an access panel in the rear tire well. The access panel was removed and packages were discovered. HAWVER was escorted into the security office.

A thorough physical search of the vehicle revealed packages concealed in a compartment underneath the rear cargo area of the vehicle. CBP Officer Castillo removed one package. A presumptive field test indicated the contents of these packages to be heroin. Thirty (30) packages were discovered. The total weight of the packages was approximately 47.30 kilograms (104.30 pounds).

1  In secondary, HAWVER told CBP Officer Castillo that she was the owner of the
2  vehicle; that she had purchased it in Mexicali, Mexico, approximately three to four
3  weeks ago.