```
                    FILED
                08 AUG 13 PM 4:08
                CLERK, U.S. DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA

                BY: ECL         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2722 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin; |
| MARIA ELENA HAWVER, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with Intent |
| Defendant. ) | to Distribute |

The grand jury charges:

### Count 1

On or about August 5, 2008, within the Southern District of California, defendant MARIA ELENA HAWVER did knowingly and intentionally import 1 kilogram and more, to wit: approximately 47.30 kilograms (104.30 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

PJM:nlv:Imperial
8/11/08

## Count 2

On or about August 5, 2008, within the Southern District of California, defendant MARIA ELENA HAWVER did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more, to wit: approximately 47.30 kilograms (104.30 pounds) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    PETER J. MAZZA
    Assistant U.S. Attorney